IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ELIZABETH HIGGINS and SHAWN SIMOENS, as Co-Personal Representatives of the Estate of Alexander T. Simoens; and ELIZABETH HIGGINS and SHAWN SIMOENS, daughter and son of Alexander T. Simoens, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>JOACHIM DANKIW, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 8:08CV15<br><br><br>ORDER |

This matter is before the court on the Motion to Dismiss of defendants Joachim Dankiw, Jeanelle Moore, Andrew Freeman, Mark Haefele, Charles Benak, Chief of Police, Jim Suttle, Frank Brown, Jim Vokal, Garry Gernandt, Dan Welch, Franklin Thompson, Chuck Sigerson, Jr., Thomas Warren, the City of Omaha, Omaha Police Department, and the City Council.  Filing No. 25.  The magistrate judge entered an order, Filing No. 33, permitting the defendants to file an amended motion to dismiss.  They did so on July 7, 2008.  Filing No. 35.  Therefore, the original motion to dismiss, Filing No. 25, is denied as moot.

IT IS ORDERED the defendants' motion to dismiss, Filing No. 25, is denied as moot.

DATED this 18th day of July, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge