# Cullan & Cullan

Doctors of Medicine/Attorneys at Law

Old Market Cullan Court
1113 Harney Street
Omaha, Nebraska 68102
(402) 397-7600

May 28, 2008

Buster Brown, City Clerk
City of Omaha
1819 Farnam Street, Ste. LC-1
Omaha, NE  68183

Re:  Supplement to Claim Dated January 11, 2008

Dear Mr. Brown:

As you will recall, the original claim filed by our clients included the following language:

The procedures posted at the City's Web site for filing a claim against the City purport to "require" a claimant to provide medical bills and receipts at the time the claim is filed, implicitly as part of the claim.  The statutes which govern the content of a claim against the City for personal injury and death impose no such obligation.

Although we have no legal obligation to provide the City with medical bills and receipts, as a matter of professional courtesy, we are enclosing a copy of the charges made by Creighton University Medical Center and the City of Omaha Rescue Squad, in the aggregate amount of $123,388.38.  A copy of everything is also being provided to Thomas Mumgaard, Esq.

This does not mean that there are no other expenses for health care goods and services arising out of the events which gave rise to our clients' claim.  Nor should this voluntary decision to provide the City with supplemental data be construed as extending the six-month deadline for resolving this claim, which expires on July 14, 2008.  Nor should this be construed as an offer of any kind to settle for less than the $5,000,000 maximum amount recoverable under Nebraska law.

Sincerely,

Joseph Cullan M.D., J.D.

cc: Thomas Mumgaard



PLAINTIFF'S EXHIBIT C

```
                    CITY OF OMAHA RESCUE SQUAD
                    P.O. BOX 30077
                    OMAHA NE 68103-1177
                    PHONE#: (365) 277-5146
                    TAX ID#: 47-6006304
```

·················· S P E C I A L   S T A T E M E N T ··················
RESPONSIBLE PARTY:
---------------------------------
ALEXANDER SIMEONS                                          DATE.... 01-14-08
505 S 15 ST
OMAHA NE 68102                                ACCOUNT BALANCE      582.00
                                              SELFPAY BALANCE      582.00


PATIENT NAME:                                              ACCOUNT NO.
--------------                                             -----------
ALEXANDER SIMEONS                                          70027132.1


PLACE OF SERVICE:                             REFERRING DOCTOR:
-----------------                             -----------------
ST JOSEPH HOSPITAL


                    ---------- T R A N S A C T I O N S ----------
DATE       QTY  CODE    SITE  DESCRIPTION                          CHARGES
--------   ---  -----   ----  -----------                          -------
09-09-07   1    A0433   ST    ALS2                                  550.00
                              FROM: RESIDENCE
                              TO  : HOSPITAL
09-09-07   1    A0425   ST    MILEAGE                                32.00
                              4 MILES
                              ** ENCOUNTER TOTAL                    582.00


----------------------------------------------------------------------
                                                   BALANCE.      582.00

```
RUN DATE: 09/24/07      SJH - CREIGHTON UNIVERSITY MED CTR              PAGE     1
REPORT: A484            UB92 ITEMIZED STATEMENT
FORM: CUB1   ACCOUNT: 013381520 ALEXANDER SIMOENS
                                                    SERVICE DATES: 09/09/2007-09/12/2007

REV            BILLING                                        CHARGE      SERVICE
CODE  HCPCS    DESCRIPTION           QTY      AMOUNT          NUMBER      DATE
----  -----    -----------           ---      ------          ------      -------
0200           ICU GEN      31121     1       4,266.00        2010022     09/09/2007
0200           ICU GEN      31121     1       4,266.00        2010022     09/10/2007
0250  A9150    POVIOD SOL 15ML+      2          39.50         5337123     09/10/2007
0250  J3490    DEXTROS SYG 50%       1         147.25         5319913     09/09/2007
0250  J3490    NOREPINEPH 4MG        2         318.00         5321698     09/09/2007
0250  J3490    NA BIC SYG 50ML       6       1,300.00         5324154     09/09/2007
0250  J3490    VASOPRES 20U/ML       5         510.00         5325100     09/09/2007
0250  J3490    CA CHLORIDE SYR       2         122.50         5318809     09/10/2007
0250  J3490    CA CHLORIDE10ML       2         104.50         5318810     09/10/2007
0250  J3490    DEXTROS SYG 50%       1         147.25         5319913     09/10/2007
0250  J3490    HUM REG DOSE          1          55.75         5321451     09/10/2007
0250  J3490    NOREPINEPH 4MG       10       1,590.00         5321698     09/10/2007
0250  J3490    LEVOFLOX 750PMX       1         424.15         5321707     09/10/2007
0250  J3490    PHYTONADION10MG       4         249.00         5323371     09/10/2007
0250  J3450    PIP/TAZO 2.25GM       3         143.55         5323403     09/10/2007
0250  J3490    NA BIC SYG 50ML      15       2,437.50         5324154     09/10/2007
0250  J3490    SOD CL .9% 5ML        8         252.00         5324198     09/10/2007
0250  J3490    VANCOMYCIN 1GM        1         233.75         5325073     09/10/2007
0250  J3490    VASOPRES 20U/ML       5         510.00         5325100     09/10/2007
0250  J3490    ATROPINE 1MGPFS       8         490.00         5318385     09/11/2007
0250  J3490    DEXTROS SYG 50%       1         147.25         5319913     09/11/2007
0250  J3490    EPINEPH 1MG/10        5       1,050.75         5320435     09/11/2007
0250  J3490    NA BIC SYG 50ML       7       1,137.50         5324154     09/11/2007
0250  J3490    ALBUTEROL 6.8G +      1          93.00         5330120     09/10/2007
0250  J3590    ALBUTER DOSE          6          45.00         5330122     09/10/2007
0255  Q9950    LOCM 1ML            100         980.00         5358218     09/09/2007
0258  J3490    NACL .9 100ML         2         271.50         5412640     09/09/2007
0258  J3490    NACL .9 500ML         1         169.75         5412665     09/09/2007
0258  J3490    D5W 50ML              3         650.25         5412255     09/10/2007
0258  J3490    D5W 250ML             5         515.25         5412370     09/10/2007
0258  J3490    NACL .9 100ML         3         407.25         5412640     09/10/2007
0258  J3490    NACL .9 250ML         9       1,548.00         5412655     09/10/2007
0258  J3490    NACL .9 500ML         3         509.25         5412665     09/10/2007
0258  J3490    DOP400 PMX 250M       5       1,258.75         5413426     09/10/2007
0258  J7030    NACL .9 1L            2         349.00         5412670     09/09/2007
0258  J7030    NACL .9 1L            6       1,047.00         5412670     09/10/2007
0258  J7030    NACL .9 1L            2         349.00         5412670     09/11/2007
0258  J7060    D5W 500ML             1         171.00         5412375     09/09/2007
0258  J7060    D5W 500ML             5         855.00         5412375     09/10/2007
0258  J7060    D5W 500ML             1         171.00         5412375     09/11/2007
0258  J7070    D5W 1000ML            1         177.25         5412380     09/09/2007
0258  J7070    D5W 1000ML            3         531.75         5412380     09/10/2007
0258  J7120    LRINGERS 1L           4         693.00         5412550     09/09/2007
0258  J7120    LRINGERS 1L           2         346.50         5412550     09/10/2007
0270           ST INFUS FMP          4         917.00         5421604     09/09/2007
0270           DRS SPLIT             9          49.00         8024815     09/09/2007
0270           DRS TGDERM A/S        2         228.00         8024880     09/09/2007
```

```
RUN DATE: 09/24/07     SJH - CREIGHTON UNIVERSITY MED CTR            PAGE   2
REPORT: A484           UB92 ITEMIZED STATEMENT
FORM: CUBI     ACCOUNT: 013381520 ALEXANDER SIMOENS
                                                      SERVICE DATES: 09/09/2007-09/12/2007

REV                                                              SERVICE
CODE  HCPCS  BILLING DESCRIPTION      QTY    AMOUNT    CHARGE NUMBER   SERVICE DATE
----  -----  -------------------      ---    ------    --------------   --------------
0270         KT RADIAL ART              2     238.00   8062444          09/09/2007
0270         ANS VENT CIRC              2     756.50   8171205          09/09/2007
0270         TB SALEM SUMP              1     131.50   8224664          09/09/2007
0270         ST PRIM CNTPLW             4     487.00   5420020          09/10/2007
0270         ST IV TRNS PK              3     348.00   5420136          09/10/2007
0270         ST IV ADM                  8   1,268.00   5420170          09/10/2007
0270         STOPCOCK 4K                4     233.00   5420212          09/10/2007
0270         ST INFUS PMP              12   2,751.00   5421604          09/10/2007
0270         ST EXT 2MLL                1     124.25   5421735          09/10/2007
0270         NITRC OXID INIT            1     346.50   5500528          09/10/2007
0270         NITRIC OXIDE/HR            3     866.25   5500530          09/10/2007
0270         DRS OPSITE SM              8     290.00   8024640          09/10/2007
0270         DRS PBT/VS AS             11     321.75   8024660          09/10/2007
0270         DRS SPLIT                  6      73.50   8024815          09/10/2007
0270         DRS TGDERM A/S            17   1,938.00   8024880          09/10/2007
0270         ARMBD DISP (ALL            2      76.50   8031065          09/10/2007
0270         MASTISOL                   1      69.50   8032673          09/10/2007
0270         PREP KT                    1     112.75   8033717          09/10/2007
0270         RAZOR DISP         *       1       0.00   8033775          09/10/2007
0270         SUCT CAN ST        *       1     170.25   8034290          09/10/2007
0270         TB HI PRESS                4     378.00   8034720          09/10/2007
0270         TB VAC COLLECT             1      64.00   8034809          09/10/2007
0270         KT RADIAL ART              7     833.00   8082444          09/10/2007
0270         PD CAUTERY GRO             1      99.25   8184550          09/10/2007
0270         NHB ARESOL                 1     107.75   8206000          09/10/2007
0270         TRAY LAP                   1     356.25   8216030          09/10/2007
0270         TB SALEM SUMP              2     263.00   8224664          09/10/2007
0270         NITRIC OXIDE/HR            1     288.75   5500530          09/11/2007
0270         INST HEMOSTAT      *       2     127.00   8081490          09/11/2007
0270         INST SCISSR A/T*           1      52.25   8081638          09/11/2007
0270         KT RADIAL ART              3     357.00   8082444          09/11/2007
0270 J3590   MS IRR 1L                 15   2,543.75   5414150          09/10/2007
0271         LINER SUCT                 8   1,606.00   8032635          09/10/2007
0271         BLNKT BAIR HUGG            1     134.00   8091037          09/10/2007
0272         KT DRN SUMP                1     165.75   8081995          09/09/2007
0272         TRY CATH CVP               1   1,390.00   8063110          09/09/2007
0272         TRY CATH FO+UR             1     361.00   8083276          09/09/2007
0272         KT SUCT CATH               2     277.75   8231998          09/09/2007
0272         DRS WND VAC ABD            1     534.59   8024957          09/10/2007
0272         KT CANISTR W/IS            1      56.57   8081878          09/10/2007
0272         KT IRR WND                 1      51.50   8082170          09/10/2007
0272         TRY SUT DISP               1      33.69   8084297          09/10/2007
0272         CAUT PEN TIP               1     171.50   8161440          09/10/2007
0272         SPNG LAP           *      11     495.00   8185195          09/10/2007
0272         SUT BASIC/GEN              1      57.00   8194020          09/10/2007
0272         SUT CATG 1                 9     560.25   8199081          09/10/2007
0272         TB HI PRESS MON            2     761.50   8224674          09/10/2007
```

```
RUN DATE: 09/24/07      SJH - CREIGHTON UNIVERSITY MED CTR                    PAGE    3
REPORT: A484            UB92 ITEMIZED STATEMENT
FORM: CUBI   ACCOUNT: 013381520 ALEXANDER SIMOBNS
                                                               SERVICE DATES: 09/09/2007-09/12/2007

REV                                              CHARGE      SERVICE
CODE  HCPCS  BILLING DESCRIPTION         QTY    AMOUNT       NUMBER      DATE
----  -----  -------------------         ---    ------       ------      ----
0272         SPNG LAP                     3     135.00       8185195    09/11/2007
0300  80048  BSC METABLC PNL              4     587.64       4100166    09/10/2007
0300  80048  BSC METABLC PNL              1     146.91       9100166    09/11/2007
0300  80053  COMP METABLC PN              2     750.36       4100111    09/09/2007
0300  80053  COMP METABLC PN              2     750.36       4100111    09/10/2007
0300  80101  DRUG SCREEN                  7     124.25       4100100    09/09/2007
0300  80196  SALICYLATE                   1     201.75       4102011    09/09/2007
0300  81001  UA AUTO W/MICRO              1      74.40       9101001    09/09/2007
0300  82003  ACETAMINOPHN QNT             1     228.50       4102003    09/09/2007
0300  82055  ALCOHOL ETHYL                1     153.56       4102055    09/09/2007
0300  82150  AMYLASE                      1     157.50       4102150    09/09/2007
0300  82150  AMYLASE                      1     157.50       4102150    09/10/2007
0300  82375  CARBON MON ANAL              2     124.00       5500170    09/10/2007
0300  82435  CHLORIDE                     2      47.52       4102439    09/09/2007
0300  82550  CPK TOTAL                    1     721.49       4102550    09/09/2007
0300  82550  CPK TOTAL                    2     442.98       4102550    09/10/2007
0300  82553  CK MB FRAC                   1     252.13       4102553    09/09/2007
0300  82553  CK MB FRAC                   2     504.26       4102553    09/10/2007
0300  82803  ABG W/CALC O2                3     945.00       5500060    09/09/2007
0300  82803  ABG W/CALC O2                8   2,520.00       5500060    09/10/2007
0300  82803  ABG W/CALC O2                1     315.00       5500060    09/11/2007
0300  82805  ABG ANALYSIS                 2     710.00       5500152    09/10/2007
0300  82947  GLUCOSE QUANT                1      71.21       9102947    09/09/2007
0300  82962  GLUC BLD MNT DV              2     100.00       4102962    09/09/2007
0300  82962  GLUC BLD MNT DV             11     550.00       4102962    09/10/2007
0300  82962  GLUC BLD MNT DV              1      50.00       4102962    09/11/2007
0300  83050  METHMOGLBN QUAN              2      71.00       5503045    09/09/2007
0300  83605  LACTATE                      2     958.50       4103605    09/10/2007
0300  83690  LIPASE                       1     176.00       4103690    09/09/2007
0300  83690  LIPASE                       1     176.00       4103690    09/10/2007
0300  83735  MAGNESIUM                    2     316.42       4103735    09/09/2007
0300  83735  MAGNESIUM                    1     158.21       4103735    09/10/2007
0300  83880  B-TYP NATR PEPT              1     300.00       4103527    09/09/2007
0300  83930  OSMOLALITY BLD               1     112.50       4103930    09/09/2007
0300  83935  OSMOLALITY UR                1     112.50       4103935    09/09/2007
0300  84100  PHOSPHORUS                   2     315.00       4104100    09/09/2007
0300  84100  PHOSPHORUS                   2     315.00       4104100    09/10/2007
0300  84132  POTASSIUM SERUM              1      93.20       9104132    09/09/2007
0300  84295  SODIUM BLD                   1      53.16       4104295    09/09/2007
0300  84484  TROPONIN - I                 1     142.00       4107235    09/09/2007
0300  84484  TROPONIN - I                 2     284.00       4107235    09/10/2007
0300  84520  BLD UREA NTRG Q              1      85.73       4104520    09/09/2007
0300  85014  HEMATOCRI AUTOM              1      13.00       4105014    09/09/2007
0300  85018  BLOOD HEMOGLOBN              2      94.50       4105018    09/10/2007
0300  85025  CBC/DIFF&PLATLT              1     252.13       4105028    09/09/2007
0300  85025  CBC/DIFF&PLATLT              1     252.13       4105028    09/10/2007
0300  85027  CBC NO DIFF                  1     168.00       4100056    09/09/2007
```

```
RUN DATE: 09/24/07     SJH - CREIGHTON UNIVERSITY MED CTR              PAGE    4
REPORT: A484           UB92 ITEMIZED STATEMENT
FORM: CUBI   ACCOUNT: 011381520 ALEXANDER SIMOENS        SERVICE DATES: 09/05/2007-09/12/2007

REV                                              CHARGE     SERVICE
CODE  HCPCS   BILLING DESCRIPTION       QTY    AMOUNT    NUMBER     DATE
----  -----   -------------------       ---    ------    ------     ----
0300  85027   CBC WO DIFF                 7   1,176.00   4100056    09/10/2007
0300  85027   CBC WO DIFF                 1     168.00   4100056    09/11/2007
0300  85362   FDP/FSP SLIDE               1     157.50   4105362    09/10/2007
0300  85379   D-DMR RIA QN                1     148.50   4105380    09/10/2007
0300  85384   FIBRINOGN ACTIV             3     567.00   4105384    09/10/2007
0300  85610   PROTHROM TIME               2     226.12   4105610    09/09/2007
0300  85610   PROTHROM TIME               4     452.24   4105610    09/10/2007
0300  85730   PTT                         2     284.92   4105700    09/09/2007
0300  85730   PTT                         4     569.84   4105700    09/10/2007
0300  86850   RBC AB SCRN                 1     165.00   4106016    09/09/2007
0300  86900   BLD TYPE ABO                1     109.75   4106080    09/09/2007
0300  86901   BLD TYPE RHO D              1      92.50   4106100    09/09/2007
0300  86920   COMP TST SPN TC            10   2,155.00   4106210    09/09/2007
0300  87040   CULT BLD ABR/AN             2     505.50   4107040    09/10/2007
0300  87077   CULT AEROBIC ID             1      82.96   4107077    09/10/2007
0300  87086   CULT URIN CNT               1     206.25   4107086    09/05/2007
0320  71010   CHEST SINGLE VW             1     390.75   4901010    09/09/2007
0320  71010   CHEST SINGLE VW             3   1,172.25   4901010    09/10/2007
0320  74000   ABDOMEN ONE VW              1     347.00   4904000    09/10/2007
0350  70450   CT HD/BRN NO CM             1   2,168.23   5050450    09/09/2007
0350  71270   CT THORAX WO/W              1   3,286.00   5051270    09/09/2007
0350  72194   CT PELVIS WO/W              1   3,286.00   5052194    09/09/2007
0350  74170   CT ABD WO/W CM              1   3,339.12   5054170    09/09/2007
0360          SURGERY ADD MIN            10     665.00   3210005    09/10/2007
0360  27506   SURGERY 1/2 HR              1   2,094.13   3210002    09/10/2007
0370          ANES 1/2 HR                 2   1,189.00   3700002    09/10/2007
0390  P9016   BLD RC LEUK FR              6   1,947.12   4500016    09/10/2007
0390  P9017   BLD PLSMA FROZN            14   2,094.96   4500018    09/10/2007
0410  94003   VENT SUBSEQ/DLY             1   3,089.00   5504657    09/09/2007
0410  94003   VENT SUBSEQ/DLY             1   3,089.00   5504657    09/10/2007
0410  94003   VENT SUBSEQ/DLY             1   3,089.00   5504657    09/11/2007
0410  94640   HHN TREAT                   2     505.00   5500122    09/10/2007
0410  94640   MDI TREATMENT               6     343.50   5502105    09/10/2007
0410  94664   NEB DEMO/EVAL               1     190.25   5500120    09/10/2007
0410  94664   MDI DRMO/EVAL               1     117.50   5502100    09/10/2007
0450  90761   IV HYD ADD HR               2     100.00   4500761    09/10/2007
0450  90767   IV SBQUENTL 1HR             2     100.00   6100761    09/09/2007
0450  90774   INJ T/P/D IVP               1      75.00   6100767    09/09/2007
0450  90775   INJ ADD SEQ IVP             7     350.00   6100774    09/09/2007
0450  92950   CPR CARD RESUSC             1     500.00   6100775    09/09/2007
0450  99291   CRIT CR30-74MIN             1   1,221.75   6100535    09/09/2007
0450  99292   CRIT CR ADDL 30             3   1,219.50   6100514    09/09/2007
0480  93308   ECHO 2D LTD                 1   1,100.75   6103055    09/09/2007
0480  93320   DOPPLER ECHO                1     407.50   4603308    09/09/2007
0480  93325   COLORFLOW ANALY             1     830.00   4603325    09/09/2007
0622          KT TRNSDU LNTR              1     750.00   8232000    09/05/2007
0622          CATH MULTILUMEN             1     671.50   8236561    09/10/2007
```

```
RUN DATE: 09/24/07    SJH - CREIGHTON UNIVERSITY MED CTR          PAGE    5
REPORT: A484          UB92 ITEMIZED STATEMENT
FORM: CUBI  ACCOUNT: 013381520 ALEXANDER SIMORNS       SERVICE DATES: 09/09/2007-09/12/2007

REV                                                       CHARGE    SERVICE
CODE HCPCS   DESCRIPTION         QTY       AMOUNT         NUMBER    DATE
----  -----  -----------         ---       ------         ------    -------
0636 C9113   PANTOPRZ40MG IJ      1         125.50        5323070   09/05/2007
0636 C9113   PANTOPRZ40MG IJ      5         627.50        5323070   09/10/2007
0636 J0610   CA GLUCON 10ML       1          58.25        5318830   09/11/2007
0636 J1450   FLUCONAZL200PMX      1         731.00        5320677   09/10/2007
0636 J1720   HCTS SS 100MG        3         179.75        5321243   09/10/2007
0636 J1720   HCTS SS 100MG        1-         58.25-       5321243   09/11/2007
0636 J1720   HCTS SS 100MG        2-        116.50-       5321243   09/12/2007
0636 J2370   PHENYLEPHRN10MG     28       2,093.00        5323288   09/10/2007
0636 J2370   PHENYLEPHRN10MG      8         598.00        5323288   09/11/2007
0636 J2597   DESMOPRESSN1MCG     24       1,200.00        5319819   09/10/2007
0730 93005   EKG                  1         388.00        4603000   09/09/2007
0730 93005   EKG                  2         776.00        4603000   09/10/2007

TOTAL                                  122,806.38
```