IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELIZABETH HIGGINS, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) 8:08CV15 |
| JOACHIM DANKIW, et al., | ) ORDER |
| Defendants. | ) |

This matter is before the court following a telephone conference with counsel for the parties on August 17, 2009.

**IT IS ORDERED:**

The **telephone** planning conference with the undersigned magistrate judge is continued to **September 17, 2009, at 2:00 p.m. Central Daylight Time**. Plaintiff's counsel shall initiate the telephone conference.

DATED this 17th day of August, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge