# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ELIZABETH HIGGINS, et al.,** | )<br>) **8:08CV15**<br>**Plaintiffs,** )<br>)<br>vs. ) **ORDER**<br>)<br>**JOACHIM DANKIW, et al.,** )<br>)<br>**Defendants.** ) |

This matter is before the court following a telephone conference with counsel on September 17, 2009. Plaintiffs were represented by Joseph P. Cullan and the defendants were rpresented by Michelle A. Peters. Following a discussion with counsel,

**IT IS ORDERED:**

1. **Deposition of Lay Witnesses:** All depositions, whether or not they are intended to be used at trial, shall be completed by **December 31, 2009**. All interrogatories, requests for admission and requests for production or inspection, whether or not they are intended to be used at trial, shall be served sufficiently early to allow rule time response before that date. Counsel may stipulate to extensions of time to respond to discovery requests in accordance with Fed. R. Civ. P. 29, as amended, but such extensions shall not extend any of the dates in this order; any requests for extensions of any of the deadlines herein shall be made by appropriate motion and order.

2. A telephone conference with the undersigned magistrate judge will be held **on January 8, 2010, at 10:00 a.m. Central Standard Time** for the purpose of scheduling expert witnesses and scheduling this matter to trial. **Plaintiff's counsel shall initiate the call.**

DATED this 17th day of September, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge