# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ELIZABETH HIGGINS, et al.,** | ) | |
| | ) | 8:08CV15 |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **JOACHIM DANKIW, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the plaintiffs' motion to modify the deadline for completion of depositions (Filing No. #123). The court considered the motion during a telephone planning conference with counsel on January 8, 2010. Plaintiffs were represented by Patrick J. Cullan and defendants were represented by Thomas O. Mumgaard. After a discussion with counsel:

**IT IS ORDERED:**

1. Plaintiff's motion to modify the deadline for completion of depositions (Filing No. 123) is granted.
2. Defendants' counsel shall file a status report of the criminal proceedings against defendants Dankiw and Haefele **on or before January 15, 2010.**
3. A telephone conference with the undersigned magistrate judge will be held **on March 22, 2010, at 10:00 a.m. Central Standard Time** for the purpose of scheduling expert witnesses and scheduling this matter to trial. **Plaintiff's counsel shall initiate the call.**

DATED this 8th day of January, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge