## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ELIZABETH HIGGINS, et al.,** | ) | |
| | ) | **8:08CV15** |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **JOACHIM DANKIW, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court following a telephone planning conference with counsel on March 22, 2010.

**IT IS ORDERED:**

A telephone conference with the undersigned magistrate judge will be held on **May 5, 2010, at 10:00 a.m. Central Standard Time** for the purpose of scheduling expert witnesses and scheduling this matter to trial. **Plaintiff's counsel shall initiate the call.**

DATED this 22nd day of March, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge