# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ELIZABETH HIGGINS, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | 8:08CV15 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **JOACHIM DANKIW, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court following a telephone planning conference with counsel on May 5, 2010.

**IT IS ORDERED:**

A telephone conference with the undersigned magistrate judge will be held on **June 8, 2010, at 10:00 a.m. Central Standard Time** for the purpose of scheduling expert witnesses and scheduling this matter to trial. **Plaintiff's counsel shall initiate the call.**

DATED this 5th day of May, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge