IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELIZABETH HIGGINS and SHAWN SIMOENS, as co-Personal Representatives of the Estate of Alexander T. Simoens, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>JOACHIM DANKIW, JEANELLE MOORE, ANDREW FREEMAN, MARK HAEFELE, CHARLES M. BENAK, JIM SUTTLE, FRANK BROWN, JIM VOKAL, GARRY GERNANDT, DAN WELCH, FRANKLIN THOMPSON, CHUCK SIGERSONJR., THOMAS WARREN, CITY OF OMAHA, OMAHA POLICE DEPARTMENT, JUSTIN GEYZA, MARJORIE DUPLEY, TROYIA PRINCE, EARL PAUL STONE, LAWRENCE R. REYNARD, JOHN AND JANES DOES 1-9, agents, servants and employees of the City who were on duty at the City jail from September 7, 2007, through September 9, 2007, and whose real names are unknown; and JOHN AND JANE DOES 10-20, agents, servants and employees of the City who were on duty at the City jail from September 7, 2007, through September 9, 2007, and whose real names are unknown;<br><br>Defendants. | 8:08CV15<br><br><br><br>JUDGMENT |

Pursuant to the Memorandum and Order entered this date, and on the Stipulation of the parties, Filing No. 182, and the Rule 68 Offer and Acceptance of Judgment, Filing No. 184,

IT IS ORDERED that:

1. Judgment is entered in favor of the plaintiffs and against defendants City of Omaha and Joachim Dankiw in the amount of $775,000.00, each party to pay its own costs.

2. Judgment for attorney fees is entered in favor of the plaintiffs and against the defendant City of Omaha in the amount of $200,000.00.

3. Costs will not be awarded.

DATED this 12th day of July, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge